UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                    Case No. 8:13-CR-32-T-15AEP

**ROBERT JASON ROMANO**
_____/

O R D E R

This cause comes on for consideration of Defendant's letter which the Court construes as a motion for miscellaneous relief, including copies of documents (D-43).

Defendant pled guilty to Count One of an Information charging him with conspiracy to commit bank robbery in violation of 18 U.S.C. § 371. On August 28, 2013, the Court sentenced Defendant to a term of imprisonment of 60 months to run concurrently with his terms of imprisonment in Case Nos. CTC11-06011CFANO and CRC09-18523CFANO in the Circuit Court of Pinellas County, and CTC09-4580FNSANC in the County Court of Pinellas County, Florida.

Defendant is currently in State custody and is expected to be released in 2026. He alleges that there is a U.S. Marshal hold upon his release from State prison and seeks for it to be withdrawn. He requests the Court to order the Florida Department of Corrections to correct the information in its data

system. Second, Defendant states that he filed a motion in the Circuit Court requesting that he serve his sentence in a Federal facility. According to Defendant, that motion was denied by Judge McGrady. He requests this Court to provide him with copies of the motion and the order denying the relief requested. Finally, Defendant seeks the address of the U.S. Probation Office so that he may request his supervision be transferred to New Orleans, Louisiana.

Defendant's claim regarding the U.S. Marshal hold is premature. Upon his release from State custody, the Bureau of Prisons will calculate and determine what, if any, term of Federal incarceration remains. The Clerk of Court, however, shall provide Defendant with a copy of the Judgment in this case.

Defendant's request for copies from the Circuit Court of Pinellas County is denied. This Court has neither access to nor jurisdiction over the Pinellas County Clerk's Office.

Finally, to the extent that Defendant seeks to have his supervision transferred to New Orleans, Louisiana, his request is premature. The issue of his residency and terms of supervised release will be determined by Probation upon his release from incarceration. If Defendant seeks more information relating to his supervised release, he may contact the U.S.

Probation Office at 501 E. Polk Street, Room 800, Tampa, Florida 33602.

Accordingly, it is ORDERED that:

1) Defendant's motion for miscellaneous relief, including copies of documents (D-43) is DENIED.

2) The Clerk's Office shall provide Defendant with a copy of his Judgment in a Criminal Case (D-42.)

DONE AND ORDERED at Tampa, Florida this 20th day of June, 2014.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE